IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOSEPH GARDNER, ) | No. C 13-3432 LHK (PR) |
| ) | |
| Plaintiff, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| JOYCE SASSE, et al., ) | |
| ) | |
| Defendants. ) | |

The court has dismissed the instant action. A judgment of dismissal is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED:  9/25/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\LHK\CR.13\Gardner432jud.wpd